# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: LISA SEWARD**                                                       **CHAPTER 7**

**DEBTOR**                                                                    **CASE NO. 18-11395 JDW**

## MOTION TO AVOID LIEN

**COME(S) NOW**, Debtor(s), by and through his/her/their attorney of record, and moves the Court, pursuant to §522(f) of the United States Bankruptcy Code, to avoid the lien of the Creditor, **Tower Loan of Horn Lake, UCC File No. 20162091488A**, on the grounds that the security in household goods for said debt is a non-possessory, non-purchase money security agreement. That said security is exempt property.

WHEREFORE, PREMISES CONSIDERED, Debtor(s) move(s) this Honorable Court to order the avoidance of the above lien/judgment.

                                                                  RESPECTFULLY SUBMITTED,

                                                  **/s/Karen B. Schneller**
                                                **KAREN B. SCHNELLER, MSB # 6558**
                                                **ALLEN CHERN LAW, LLC**
                                                **126 NORTH SPRING STREET**
                                                **POST OFFICE BOX 417**
                                                **HOLLY SPRINGS, MISSISSIPPI 38635**
                                                **(662) 252-3224/karen.schneller@gmail.com**

## **CERTIFICATE OF SERVICE**

I, Karen B. Schneller/Robert H. Lomenick, Attorney for Debtor, do hereby certify that I have this day mailed, via electronic delivery or postage prepaid, a true and correct copy of the above and foregoing Motion To Avoid Lien to:

Tower Loan of Horn Lake
Post Office Box 68
Horn Lake, MS 38637

Jeffrey A. Levingston, Esq.
Chapter 7 Trustee
Post Office Box 1327
Cleveland, MS 38732

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, Mississippi 39201

This the 11th day of May, 2018

/s/Karen B. Schneller
KAREN B. SCHNELLER